UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of January, two thousand and fifteen,

| | |
|---|---|
| Landmark Ventures, Inc., | **ORDER** |
| | Docket Number: 14-4722 |
| Plaintiff - Appellant, | |
| v. | |
| Stephanie Cohen, International Chamber of Commerce, | |
| Defendants - Appellees. | |

A notice of appeal was filed on December 23, 2014. Appellant's Form C and D were due January 6, 2015. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective January 21, 2015 if the forms are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

