# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-4722

**Motion for:** removal from the Court's Expedited Appeals Calender.

**Caption [use short title]:** Landmark Ventures, Inc. v. Cohen

Set forth below precise, complete statement of relief sought:

I respectfully request to be removed from the Court's Expedited Appeals Calender and respectfully request a 90 day extension of time to perfect the appeal due to knee replacement surgery on January 15, 2015.

**MOVING PARTY:** Landmark Ventures, Inc.
- [ ] Plaintiff
- [ ] Defendant
- [✔] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** Cohen

**MOVING ATTORNEY:** Kenneth J. Glassman

**OPPOSING ATTORNEY:** Louis Benjamin Kimmelman

[name of attorney, with firm, address, phone number and e-mail]

Kenneth J. Glassman, Attorney at Law
475 Park Ave. South, Suite 700, New York, NY 10016
(212) 213-2510    KJG3007@aol.com

Sidley Austin, LLP.
787 Seventh Ave., New York, NY 10019
(212) 839-7322    bkimmelman@sidley.com

**Court-Judge/Agency appealed from:** SDNY (NEW YORK CITY) Judge Koeltl

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? [ ] Yes [✔] No
Has this relief been previously sought in this Court? [ ] Yes [✔] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✔] No  If yes, enter date:

**Signature of Moving Attorney:** [signature]  **Date:** January 21, 2015  **Service by:** [✔] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
========================================X

LANDMARK VENTURES, INC.
          *Plaintiff,*

v.

STEPHANIE COHEN and THE INTERNATIONAL
CHAMBER of COMMERCE,

          *Defendants.*
========================================X

Docket No.: 14-4722

**MOTION FOR REMOVAL FROM THE COURT'S EXPEDITED APPEALS CALENDER**

    I respectfully request to be taken off of the Court's Expedited Appeals Calender. On January 20, 2015, this Court made this appeal eligible for assignment to the Court's Expedited Appeals Calender under Local Rules 31.2(b). The appeal was placed on that calender. Appellant's brief is due no later than February 24, 2015.

    However, due to knee replacement surgery I had on January 15, 2015, I will be unable to work.

    Based upon the foregoing, I respectfully request an additional 90 day extension of time to perfect the appeal.

    Thank you for your anticipated cooperation in this matter. If you have any questions, please feel free to contact me.

Dated: January 21, 2015
       New York, New York

KENNETH J. GLASSMAN
Attorney for Plaintiff-Appellant
475 Park Avenue South, Suite 700
New York, NY 10016
(212) 213-2510