# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand and fifteen.

Before:     Ralph K. Winter,
                   *Circuit Judge*.

_____

Landmark Ventures, Inc.,

Plaintiff-Appellant,

v.

Stephanie Cohen, International Chamber of Commerce,

Defendants-Appellees.

_____

**ORDER**
Docket No.    14-4722

Appellant moves for removal of this case from the Court's expedited appeals calendar and for an extension to file the opening brief and joint appendix. Appellees oppose the motion.

IT IS HEREBY ORDERED that the Appellant's motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

